# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Angela M. Brown

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Municipal Employee's
Annuity Benefit Fund
Of Chicago

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Honorable Judge Samuel
Der-Veghiayan

Case No: 13 CV 2598 _____
(To be supplied by the Clerk of this Court)

**RECEIVED**

AUG 1 3 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**          **AMENDED COMPLAINT** First

_____     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: _Angela M. Brown_

B. List all aliases: _DNA_

C. Prisoner identification number: _DNA_

D. Place of present confinement: _DNA_

E. Address: _12812 S. Loomis Calumet Park, Illinois 60827_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: _Municipal Employee's Annuity Benefit Fund of Chicago_

Title: _City of Chicago Employee's Pension Board_

Place of Employment: _____

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                    Revised 9/2007

III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: *13 CV 2595 and 13 CV 2597*

B.    Approximate date of filing lawsuit: *April 5, 2013 for both*

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: *The Retirement Board of the Policemen's Annuity and Benefit Fund City of Chicago and Dr. Peter Orris Civil Right Act (a person with a disability) 13 CV 2595*

D.    List all defendants: *Chicago Municipal Employee's Credit Union and City of Chicago Comptroller's Office (City Finance) 13 CV 2597*

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *Northern District of Illinois*

F.    Name of judge to whom case was assigned: *Honorable Judge Gary Feinerman 13 CV 2595 and Honorable Judge John J. Tharp JR. 13 CV 2597*

G.    Basic claim made: _____

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *Both are still pending*

I.    Approximate date of disposition: *13 CV 2595 August 27, 2013    13 CV 2597 October 8, 2013*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*See Complaint Attach*

Revised 9/2007

My name is Angela Brown I am in needed of the court assistance in obtaining money back from my pension. The Municipal Employee's Annuity Benefit Fund of Chicago gave a portion of my pension to the Chicago Municipal Employee's Credit Union. They gave the Credit Union $5,886.45, and federal taxes on, that money was $1,471.61.

The Municipal Employee's Annuity Benefit Fund of Chicago, refuse to let me show them the proof that I did not owe money to the Credit Union. They also would not tell me the amount in my pension funds. I learn the amount after I received the check.

In the seven years that I work in the Department of Transportation City Finance stole money from my paycheck. So this is normal for The City to take my pension and say that they are paying off a debt that I owe.

My retirement fund was supposed to be put in an IRA. The amount was $20,344.91, I only received $12,986.85.

Sincerely;

Angela M. Brown

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Revised 9/2007

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

*I am asking the court to have the Municipal Employee's Annuity Benefit Fund Of Chicago to refund my penison money to me*

**VI.     The plaintiff demands that the case be tried by a jury.**   ☐ YES   ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _13_ day of _August_, 20 _13_

*Angela M. Brown*
(Signature of plaintiff or plaintiffs)

*Angela M. Brown*
(Print name)

_____
(I.D. Number)

*12812 S. Loomis Calumet Park, Illinois 60827*
(Address)

Revised 9/2007