**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Angela Brown | ) | Case No: 13 C 2598 |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| Municipal Employees Annuity Benefit Fund of Chicago | ) ) ) | |

## ORDER

For the reasons stated below, the motion for leave to file an amended complaint is stricken without prejudice.

## STATEMENT

This matter is before the court on Plaintiff Angela Brown's (Brown) *pro se* motion for leave to file an amended complaint. On May 15, 2013, the court dismissed the instant action without prejudice because Brown had failed to sign the complaint or include on her filing the information required under Federal Rule of Civil Procedure 11. Since the instant action has been terminated, the motion for leave to file an amended complaint is stricken.

The court notes that Brown had not paid the filing fee in this case and submitted an unsigned *in forma pauperis* application form. Since this case appears to be related to the action filed in Case Number 13 C 2597, which is currently pending in front of another judge in this district, this court will give Brown an opportunity to consider filing a motion to amend the complaint before the judge in Case Number 13 C 2597 to include the named Defendant in this case in that action. If Brown does not wish to proceed in that manner or is unsuccessful in amending the complaint in Case Number 13 C 2597, then Brown may file a motion to reinstate the instant action, together with a properly completed *in forma pauperis* application form.

Date: August 20, 2013         /s/ Samuel Der-Yeghiayan